Robert Ottinger (SBN 156825)
Ariel Y. Graff (*pro hac vice*)
THE OTTINGER FIRM, P.C.
20 West 55th Street, 6th Floor
New York, New York  10019
Tel:  (212) 571-2000, Fax:  (212) 571-0505
Email:  robert@ottingerlaw.com
Email:  ari@ottingerlaw.com

Louis Benowitz (SBN 262300)
LAW OFFICES OF LOUIS BENOWITZ
9454 Wilshire Boulevard, Penthouse
Beverly Hills, California  90212
Tel:  (310) 844-5141, Fax: (310) 492-4056
Email:  louis@benowitzlaw.com

*Attorneys for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO**

| | |
|---|---|
| ELIZABETH CHARLES, KAYLA HOPKINS, DREW QUEEN, JULIO VELASQUEZ, BRONSON MARTINEZ, EDWINA FELISE, ALEC PICKLE, JAMIE WILLIAMS, STEVI LUKE, AARON MORY, and MELISSA SELL on behalf of themselves and all others similarly situated, and other aggrieved employees under the Labor Code Private Attorneys General Act of 2004, <br><br> Plaintiffs, <br><br> vs. <br><br> BELL BROTHERS HEATING AND AIR, INC., a California corporation; KENNY BELL and JERRY BELL, in their individual and official capacities; and DOES 1–20, inclusive, <br><br> Defendants. | Case No. 12-cv-02561 (LKK)(EFB) <br><br> **STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned matter, through their undersigned counsel, that the time for Defendants to answer, move, or otherwise plead in response to the Amended Complaint in this action shall be extended to and including January 11, 2013.

Respectfully submitted,

Dated:  December 12, 2012

THE OTTINGER FIRM, P.C.
LAW OFFICES OF LOUIS BENOWITZ


By: /s/ Ariel Y. Graff
        Ariel Y. Graff (*pro hac vice*)

20 W. 55th Street, 6th Floor
New York, New York 10019
Tel: 212-571-2000
Fax: 212 571-0505
ari@ottingerlaw.com

*Attorneys for Plaintiffs and the Proposed Classes*


Dated:  December 13, 2012

JACKSON LEWIS LLP


By: /s/ Cary G. Palmer (as authorized on December 13, 2012)
        Cary G. Palmer

801 K Street, Suite 2300
Sacramento, California 95814
Tel: 916-341-0404
Fax: 916-341-0141
palmerc@jacksonlewis.com

*Attorneys for Defendants*

1 **SO ORDERED:**

3 **DATED:  December 17, 2012.**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
STIPULATION