THE OTTINGER FIRM, P.C.
ROBERT W. OTTINGER (SBN 156825)
ARIEL Y. GRAFF, PHV
20 W 55th Street, 6th Floor
New York, NY 10019
Telephone: (212) 571-2000
Facsimile: (212) 571-0505
Email:   *robert@ottingerlaw.com*
Email:   *ari@ottingerlaw.com*

LAW OFFICES OF LOUIS BENOWITZ
LOUIS BENOWITZ (SBN 262300)
9454 Wilshire Boulevard, Penthouse
Beverly Hills, CA  90212
Telephone: (310) 844-5141
Facsimile: (310) 492-4056
Email:   *louis@benowitzlaw.com*

Attorneys for Plaintiffs

JACKSON LEWIS LLP
CARY G. PALMER (SBN 186601)
HEATH A. HAVEY (SBN 244087)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141
Email:   *palmerc@jacksonlewis.com*
Email:   *haveyh@jacksonlewis.com*

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| ELIZABETH CHARLES, KAYLA HOPKINS, DREW QUEEN, JULIO VELASQUEZ, BRONSON MARTINEZ, EDWINA FELISE, ALEC PICKLE, JAMIE WILLIAMS, STEVI LUKE and AARON MORY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BELL BROTHERS HEATING AND AIR, INC., a California corporation; KENNY BELL and JERRY BELL, in their individual and official capacities; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:  2:12-CV-02561-LKK-EFB<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE AS TO PLAINTIFFS, AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>Complaint Filed:   October 12, 2012<br>Trial Date:             June 17, 2014 |

1

JOINT STIPULATION [PROPOSED ORDER] OF DISMISSAL

Charles, et al. v. Bell Brothers Heating and Air, Inc., et al.
Case No. 2:12-CV-02561-LKK-EFB

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

WHEREFORE, Plaintiffs ELIZABETH CHARLES, KAYLA HOPKINS, DREW QUEEN, JULIO VELASQUEZ, BRONSON MARTINEZ, EDWINA FELISE, ALEC PICKLE, JAMIE WILLIAMS, STEVI LUKE, AARON MORY, and MELISSA SELL (collectively "Plaintiffs") and Defendants BELL BROTHERS HEATING AND AIR, INC., KENNY BELL and JERRY BELL, (collectively "Defendants"), by and through their respective attorneys of record, hereby stipulate to dismissal of the entire action as to all parties and all causes of action, with prejudice as to Plaintiffs, and without prejudice as to the putative class, and without any award for attorneys' fees or costs to any Party; each Party to bear her/his/its own attorneys' fees and costs.

WHEREFORE, this case was brought as a putative class action under Rule 23 of the Federal Rules of Civil Procedure ("FRCP"), and as a putative representative action under California Labor Code section 2698, *et seq*. [the Private Attorneys General Act ("PAGA")]. The putative class has not been certified. The Parties exchanged extensive information and data to assess the claims and to explore potential early resolution. After so doing, the Parties explored potential settlement of Plaintiffs' individual claims. After extensive arms-length negotiations, the Parties reached confidential individual settlements with Plaintiffs in exchange for general releases and dismissal with prejudice of their individual claims. Plaintiffs elected not to pursue the putative class and collective action claims. No consideration was provided for the dismissal without prejudice of the putative class and representative claims, and dismissal without prejudice as to the putative class will not affect the potential class members.

WHEREFORE, the Parties hereby stipulate and agree to dismissal of the entire action as to all parties and all causes of action, with prejudice as to Plaintiffs, and without prejudice as to the putative class, and without any award for attorneys' fees or costs to any Party; each Party to bear her/his/its own attorneys' fees and costs.

2

JOINT STIPULATION [PROPOSED ORDER] OF DISMISSAL

Charles, et al. v. Bell Brothers Heating and Air, Inc., et al.
Case No. 2:12-CV-02561-LKK-EFB

IT IS SO STIPULATED AND AGREED.

Dated: September 11, 2013         THE OTTINGER FIRM, P.C.
                                  LAW OFFICES OF LOUIS BENOWITZ

                                  By:     /s/Ariel Y. Graff
                                          Robert W. Ottinger
                                          Ariel Y. Graff
                                          Louis Benowitz

                                  Attorneys for Plaintiffs

Dated: September 13, 2013         JACKSON LEWIS, LLP


                                  By:     /s/Cary G. Palmer
                                          Cary G. Palmer
                                          Heath A. Havey

                                  Attorneys for Defendants
                                  BELL BROTHERS HEATING AND AIR, INC.,
                                  KENNY BELL AND JERRY BELL

## **ORDER**

IT IS HEREBY ORDERED the entire action is dismissed as to all Parties and all causes of action, with prejudice as to Plaintiffs, and without prejudice as to the putative class, and without any award for attorneys' fees or costs to any Party; each Party to bear her/his/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  September 24, 2013.


                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

3

JOINT STIPULATION [PROPOSED ORDER] OF          Charles, et al. v. Bell Brothers Heating and Air, Inc., et al.
DISMISSAL                                                       Case No. 2:12-CV-02561-LKK-EFB