1  THE OTTINGER FIRM, P.C.
   ROBERT W. OTTINGER (SBN 156825)
2  ARIEL Y. GRAFF, PHV
   20 W 55th Street, 6th Floor
3  New York, NY 10019
   Telephone: (212) 571-2000
4  Facsimile: (212) 571-0505
   Email:    *robert@ottingerlaw.com*
5  Email:    *ari@ottingerlaw.com*

6  LAW OFFICES OF LOUIS BENOWITZ
   LOUIS BENOWITZ (SBN 262300)
7  9454 Wilshire Boulevard, Penthouse
   Beverly Hills, CA  90212
8  Telephone: (310) 844-5141
   Facsimile: (310) 492-4056
9  Email:    *louis@benowitzlaw.com*

10 Attorneys for Plaintiffs

11 JACKSON LEWIS LLP
   CARY G. PALMER (SBN 186601)
12 HEATH A. HAVEY (SBN 244087)
   801 K Street, Suite 2300
13 Sacramento, California  95814
   Telephone:   (916) 341-0404
14 Facsimile:   (916) 341-0141
   Email:    *palmerc@jacksonlewis.com*
15 Email:    *haveyh@jacksonlewis.com*

16 Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ELIZABETH CHARLES, KAYLA HOPKINS, DREW QUEEN, JULIO VELASQUEZ, BRONSON MARTINEZ, EDWINA FELISE, ALEC PICKLE, JAMIE WILLIAMS, STEVI LUKE and AARON MORY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BELL BROTHERS HEATING AND AIR, INC., a California corporation; KENNY BELL and JERRY BELL, in their individual and official capacities; and DOES 1-20, inclusive, <br><br> Defendants. | Case No.:  2:12-CV-02561-LKK-EFB <br><br> **JOINT STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE AS TO PLAINTIFFS, AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** <br><br> Complaint Filed:   October 12, 2012 <br> Trial Date:           June 17, 2014 |

1

JOINT STIPULATION [PROPOSED ORDER] OF DISMISSAL

Charles, et al. v. Bell Brothers Heating and Air, Inc., et al.
Case No. 2:12-CV-02561-LKK-EFB

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

WHEREFORE, Plaintiffs ELIZABETH CHARLES, KAYLA HOPKINS, DREW QUEEN, JULIO VELASQUEZ, BRONSON MARTINEZ, EDWINA FELISE, ALEC PICKLE, JAMIE WILLIAMS, STEVI LUKE, AARON MORY, and MELISSA SELL (collectively "Plaintiffs") and Defendants  BELL BROTHERS HEATING AND AIR, INC., KENNY BELL and JERRY BELL, (collectively "Defendants"), by and through their respective attorneys of record, hereby stipulate to dismissal of the entire action as to all parties and all causes of action, with prejudice as to Plaintiffs, and without prejudice as to the putative class, and without any award for attorneys' fees or costs to any Party; each Party to bear her/his/its own attorneys' fees and costs.

WHEREFORE, this case was brought as a putative class action under Rule 23 of the Federal Rules of Civil Procedure ("FRCP"), and as a putative representative action under California Labor Code section 2698, *et seq*. [the Private Attorneys General Act ("PAGA")].  The putative class has not been certified.  The Parties exchanged extensive information and data to assess the claims and to explore potential early resolution.  After so doing, the Parties explored potential settlement of Plaintiffs' individual claims.  After extensive arms-length negotiations, the Parties reached confidential individual settlements with Plaintiffs in exchange for general releases and dismissal with prejudice of their individual claims.  Plaintiffs elected not to pursue the putative class and collective action claims.  No consideration was provided for the dismissal without prejudice of the putative class and representative claims, and dismissal without prejudice as to the putative class will not affect the potential class members.

WHEREFORE, the Parties hereby stipulate and agree to dismissal of the entire action as to all parties and all causes of action, with prejudice as to Plaintiffs, and without prejudice as to the putative class, and without any award for attorneys' fees or costs to any Party; each Party to bear her/his/its own attorneys' fees and costs.

2

JOINT STIPULATION [PROPOSED ORDER] OF DISMISSAL

Charles, et al. v. Bell Brothers Heating and Air, Inc., et al.
Case No. 2:12-CV-02561-LKK-EFB

IT IS SO STIPULATED AND AGREED.

Dated: September 11, 2013              THE OTTINGER FIRM, P.C.
                                       LAW OFFICES OF LOUIS BENOWITZ

                                       By:   /s/Ariel Y. Graff
                                             Robert W. Ottinger
                                             Ariel Y. Graff
                                             Louis Benowitz

                                       Attorneys for Plaintiffs


Dated: September 13, 2013              JACKSON LEWIS, LLP


                                       By:   /s/Cary G. Palmer
                                             Cary G. Palmer
                                             Heath A. Havey

                                       Attorneys for Defendants
                                       BELL BROTHERS HEATING AND AIR, INC.,
                                       KENNY BELL AND JERRY BELL


**ORDER**

IT IS HEREBY ORDERED the entire action is dismissed as to all Parties and all causes of action, with prejudice as to Plaintiffs, and without prejudice as to the putative class, and without any award for attorneys' fees or costs to any Party; each Party to bear her/his/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  September 24, 2013.


                                       _____
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

3

JOINT STIPULATION [PROPOSED ORDER] OF         Charles, et al. v. Bell Brothers Heating and Air, Inc., et al.
DISMISSAL                                     Case No. 2:12-CV-02561-LKK-EFB